IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY W. OWENS, | : | |
| Petitioner, | : | |
| vs. | : | CA 14-0483-WS-C |
| DON BELL, | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 17, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 9th day of January, 2015.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**