IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTHONY W. OWENS,                :

   Petitioner,                  :

vs.                              :        CA 14-0483-WS-C

DON BELL,                        :

   Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's order dated October 20, 2014.

**DONE** this 9th day of January, 2015.


       s/WILLIAM H. STEELE
       **CHIEF UNITED STATES DISTRICT JUDGE**

3